**JS-6**

FILED
CLERK, U.S. DISTRICT COURT

1/16/2019

CENTRAL DISTRICT OF CALIFORNIA
BY: _____CW_____ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

AUBREY SPENCER,

                    Petitioner,

        v.

DEAN BORDERS,

                    Respondent.

Case No. 2:17-cv-08534-JGB (MAA)

**JUDGMENT**

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the First Amended Petition is denied and the action is dismissed with prejudice.

DATED: January 14, 2019

JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE